**DELTA REMANUFACTURING OF MARIANA, LLC, Plaintiff,**

**Carlos Crisp, Appellant,**

1. The Honorable Susan Webber Wright, Chief Judge, United States District Court for the

**Bobby Mott, Plaintiff,**

**v.**

**Jim O'CONNOR; Gary Lynch, Appellees.**

**No. 00–3470.**

United States Court of Appeals, Eighth Circuit.

Submitted May 3, 2001.

Decided May 15, 2001.

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

PER CURIAM.

Carlos Crisp appeals from the district court's[1] order awarding attorneys' fees to

Eastern District of Arkansas.

defendants under Ark.Code Ann. § 16–22–308 in this diversity-jurisdiction action for breach of contract. Upon de novo review of the application of state law, *see Lincoln Benefit Life Co. v. Edwards*, 243 F.3d 457, 461 (8th Cir.2001) (per curiam), we agree with the district court that defendants were prevailing parties when Crisp voluntarily dismissed his complaint with prejudice. Furthermore, the district court did not abuse its discretion in the extent of the award or in denying Crisp's motion for reconsideration. *See Jarrett v. ERC Properties, Inc.*, 211 F.3d 1078, 1084–85 (8th Cir.2000) (attorneys' fees); *Sanders v. Clemco Indus.*, 862 F.2d 161, 169–70 (8th Cir.1988) (motion for reconsideration).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

A true copy.